IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lawrence L. Crawford,

    Petitioner,                              Case No. 2:23-cv-3017
                                                 District Judge James L. Graham
    v.                                          Magistrate Judge Caroline H. Gentry

Warden at Lee C.I.,

    Respondent.

## Order

This matter is before the Court on the Magistrate Judge's July 11, 2025 Report and Recommendation, which recommended that Petitioner's habeas corpus petition brought under 28 U.S.C. § 2241 be dismissed for failure to prosecute and failure to comply with court orders.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 27), which is hereby adopted. Petitioner's habeas corpus petition is DISMISSED.

The Court further finds that a certificate of appealability should not issue because, for the reasons stated in the Report and Recommendation, reasonable jurists would not debate whether Petitioner has failed to prosecute his case or failed to comply with court orders.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this order would not be taken in good faith for the reasons stated in the Report and Recommendation. Therefore, the Court denies Petitioner leave to proceed on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

Finally, the Court denies all pending motions (Docs. 14, 21, 24, 26) as moot.

DATE: August 8, 2025                                                        *s/ James L. Graham*
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge